**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | Case No:    22-06026 |
| Jose Rodriguez | ) | |
| | ) | Chapter:    Chapter 13 |
| Debtor | ) | |
| | ) | Judge:      David D. Cleary |

**NOTICE OF FILING**

**To:**   Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873 Chicago, Illinois 60604

Jose Luis Rodriguez, 11128 S Green Bay Ave , Chicago, IL 60617

Wallet Wizard c/o Credit Corp Financial Services, Inc., 121 West S Election Rd, Ste 200A, Draper, UT 84020

**PLEASE TAKE NOTICE** that on **Tuesday, May 31, 2022** we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division an Amended Schedule F, a copy of which is herewith served upon you.

**By:** */s/ Dale Allen Riley*
Dale Allen Riley

**CERTIFICATE OF SERVICE**

I, Dale Allen Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., **on May 31, 2022.**

**By:** */s/ Dale Allen Riley*
Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Rec No. 878827
WD - NOTICE OF FILING